IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | NO. 3:16-CR-0012 |
| **RICHARD BOURKE** | |

## ORDER

On April 16, 2025, the supervised releasee appeared in court for final revocation proceedings and ADMITTED to the Allegations in the Petition for Warrant or Summons for Offender Under Supervision (Doc. 113) filed August 13, 2024. The hearing was continued to allow the parties to investigate an inpatient treatment program proposed by the supervised releasee.

On April 16, 2025, the supervised releasee appeared in court. The parties agreed to defer sentencing on the Petition to allow for the supervised releasee to complete the inpatient treatment program at the Christian Recovery Center in Dublin, Georgia.

Therefore, the Court ORDERS the sentencing for the Petition (Doc. 113) be DEFERRED and MODIFIES the conditions of supervised release as follows:

> He shall participate and successfully complete the inpatient substance abuse treatment program at the Christian Recovery Center in Dublin, Georgia.
>
> He shall follow all rules and regulations while in the program.

It is hereby ORDERED that Mr. Richard Bourke be released from custody immediately and report to the Christian Recovery Center by end of day on April 16, 2025.

**SO ORDERED** this 16th day of April, 2025.

s/ C. Ashley Royal
———————————————
C. ASHLEY ROYAL
U.S. DISTRICT JUDGE